UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIANNE GALE,

    Plaintiff,

v.                                      Case No: 8:13-cv-2409-T-30MAP

ENTERPRISE HOLDINGS, INC.,
et al.,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal of Action Without Prejudice (Dkt. #11). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of November, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-2409 dismiss 11.docx